IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16cv265-WHA |
| | ) |
| | ) (wo) |
| EASTSIDE URGENT CARE, LLC, | ) |
| SELMA URGENT CARE, LLC, | ) |
| VAUGHN URGENT CARE, LLC, JONATHAN | ) |
| PHAM, THANG AN, SAI NAMBURU | ) |
| and SAGAR VADLAMUDI, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on a Joint Motion to Approve the Settlement Agreement (Doc. #31).

Upon reviewing the Joint Motion to Approve the Settlement Agreement, and reviewing the Settlement Agreement submitted, this court is of the opinion that there are bona fide disputes over issues of liability and the amount of overtime compensation due, if any, under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq* ("FLSA"), and that the settlement is a fair and reasonable resolution of such bona fide disputes and should be approved by this court. *See Lynn's Food Stores, Inc.*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Therefore, it is hereby ORDERED as follows:

1. The Joint Motion to Approve the Settlement Agreement (Doc. #31), is GRANTED, and all claims in this action, including, but not limited to, claims under the FLSA for wages, overtime, liquidated damages, attorneys' fees, costs, expenses or other relief, award or damages are DISMISSED with prejudice.

     2. The Clerk of the Court is DIRECTED to enter this document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 28th day of September, 2016.

                                          /s/ W. Harold Albritton  
                                          W. HAROLD ALBRITTON  
                                          SENIOR UNITED STATES DISTRICT JUDGE